UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL NO. 5:13-123 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **OPINION AND ORDER** |
| GLENN E. MCGOWAN, | ) | |
| | ) | |
| Defendant. | ) | |

** ** ** ** **

This matter is before the Court on the defendant Glenn E. McGowan's motion to appoint counsel (DE 444). For the following reasons, the Court hereby ORDERS that the motion is DENIED.

McGowan pleaded guilty in this Court to conspiring to distribute 100 grams or more of heroin. (DE 215, Judgment.) The minimum sentence for this crime is generally 5 years (60 months) of imprisonment. 21 U.S.C. § 841(b)(1)(b). McGowan, however, had at least one prior felony drug offense conviction. In such situations, the minimum sentence is increased to 10 years (120 months). *Id*. Thus, McGowan was sentenced to 120 months, the statutory mandatory minimum.

McGowan requests counsel to assist in determining whether he is entitled to a decreased sentence under *Mathis v. United States*,136 S. Ct. 2243 (2016) or *Johnson v. United States*, 135 S. Ct. 2551 (2015). *Johnson* and *Mathis* both deal with sentencing a defendant under the Armed Career Criminal Act (ACCA). 18 U.S.C. § 924(e)(1). McGowan was not sentenced under the ACCA. Instead, he was sentenced to the mandatory minimum sentence under 21 U.S.C. § 841(b)(1)(b).

Accordingly, his motion to appoint counsel is DENIED.

Dated July 13, 2018.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY